648 A.2d 722

IN THE MATTER OF CHARLES J. BENJAMIN,
AN ATTORNEY AT LAW.

November 2, 1994.

## ORDER

This matter having been duly presented to the Court, it is ORDERED that **CHARLES J. BENJAMIN** of **CLIFFSIDE PARK,** who was admitted to the bar of this State in 1982, and who was suspended from the practice of law for a period of three months, effective June 6, 1994, by Order of this Court dated May 10, 1994, be restored to the practice of law, effective immediately.